No. 1102. UNITED STATES *v.* CONCENTRATED PHOSPHATE EXPORT ASSN., INC., ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Turner* and *Howard E. Shapiro* for the United States. *Marcus A. Hollabaugh* and *Alan S. Ward* for appellee Concentrated Phosphate Export Association, Inc.; *Samuel W. Murphy, Jr.,* and *Andrew J. Kilcarr* for appellee American Cyanamid Co.; *Lawrence J. McKay* and *Jerrold G.*

*Van Cise* for appellee W. R. Grace & Co.; *Edgar E. Barton* for appellee International Minerals & Chemical Corp.; and *Edward F. Howrey* and *John Bodner, Jr.,* for appellee Mobil Oil Corp.